UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRINIDAD MARTINEZ CRUZ,<br><br>               Petitioner,<br><br>   v.<br><br>DHS, ICE,<br><br>               Respondent. | CASE NO. 2:21-CV-1672-DGE-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 11, 2022 |

The District Court has referred this action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. Petitioner Trinidad Martinez Cruz, proceeding *pro se*, initiated this action on December 14, 2021. *See* Dkt. 1. Petitioner did not pay the $5 filing fee or submit an application to proceed *in forma pauperis* ("IFP"). *Id*. The Clerk notified petitioner of this deficiency, and on December 29, 2021, petitioner filed a Declaration and Application to Proceed *In Forma Pauperis* ("IFP Motion"). Dkts. 2, 4. On January 10, 2022, the Court determined that, based on the information provided to the Court in petitioner's IFP motion, petitioner can afford the filing fee. Dkt. 5. The Court ordered petitioner to show cause why his IFP Motion should not be denied, or to pay the $5 filing fee, on or before February 7, 2022. *Id*.

REPORT AND RECOMMENDATION - 1

1   The Court warned Plaintiff that failure to respond to the Order to Show Cause or pay the filing
2   fee by the February 7, 2022 deadline would result in the Court recommending dismissal of this
3   action. *Id*.

4       Plaintiff has failed to comply with the Court's Order to Show Cause. He has not filed a
5   response to the Order to Show Cause or paid the filing fee. Therefore, the Court recommends this
6   case be dismissed without prejudice for failure to prosecute. The Court also recommends
7   Plaintiff's Motion to Proceed IFP (Dkt. 1) be denied.

8       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
9   Procedure, the parties shall have fourteen (14) days from service of this Report to file written
10  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
11  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
12  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March
13  11, 2022, as noted in the caption.

14      Dated this 22nd day of February, 2022.

                                                  David W. Christel
                                                United States Magistrate Judge